# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**FILED FEB 13 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE RE-ASSIGNED MAR 10 2006 TO: URBINA, J. RMU CIVIL

1-26-06

THERESA HALLUMS
#180-422
1901 E. ST. S.E.
Wash., D.C. 20003

vs

Fred Figueroa, Warden
Ms. Cpt. Barton
Ms. Sgt. Pryor
Ms. C.O. Payne
Ms. C.O. Crawley
Mr. Sgt. Proctor
Ms. C.O. Durham

CCA/CT-7
1901 E. ST S.E.
WASH. D.C. 20003

CASE NUMBER 1:06CV00251
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 02/13/2006

**JURY ACTION**

## COMPLAINT

RE: Illegal Cavity Search
Personal Injury (Bivens)

Comes now the Plaintiff, and states the truth of fact in this civil action. Henceforth: Due to the status & influence of the Employee's/Defendants involved, & the fact that starting the next day after this violation I recieved the 1st

RECEIVED JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

II.

incident Report, The 2nd ERRONEOUS incident Report CAME Shortly After that. Notwithstanding the ongoing continued cell Searches, I ask to Bypass THE Admin. Remedy Process, Because of THE Above Stated (Already) Retalitory Proceedure's, & THE TIME-TABle would cause further harm.

On or About Jan. 3, 2006 I was illegaly cavity searched, over & over Again for 6-Hours — To THE point I Started bleeding/menstruating from my vagina. I was Pat Search & cell Search & Then Escorted off of unit D2-A #27 At Approx. 11:00AM, 1-3-06 To THE Visiting Hall bathrm. area, for A contraband Strip Search. That is where I remained for A on-going (Stock Naked Cavity Search), until Approx 6:00 P.M.

III

through my tears & for hours on-in; I endured the emotional, physical & mental damage of being instructed and having to expose my vagina/valva opening in different positions.

I was made to have to spread my legs & then told to bend over and touch my toes. While I was made to stay in that position for over 10 min, — my vagina opening was inspected & view/watched from the back. Then I was made to just bend over, hold for 10-15 min. Then I was made to squat down straddle/squat hold 10-15 min. I continued to be placed/directed to strike diffrent positions, while I stood in the corner of the bathrm. In each position my vagina was viewed. Durning a portion of this on-going cavity search they had a

IV.

pair of black & one pair of plastic gloves on & said they were going to go up in my vagina. Next I had to set on the tiolet naked for over 1 hour. To submit a urine, which was nothing but blood and thrown away.

I asked to be taken to ~~[struck through]~~ medical for a Dr. or nurse to continue the cavity search, to no advail, nor was I taken to medical. Instead Cpt. Barton continued to conduct the cavity search with Sgt. Pryor & C.O. Payne assistance, C.O. Crawley was instructed to assist & view also. C.O. Durham was in the visiting area also, I know she was there during the time Mr. Sgt. Proctor said after Cpt. Barton had left: That I should not still be down there, and told Durham to

BRING ME BACK TO THE UNIT D2-A AT AROUND 6:00 P.M.

I ASK FOR A SPEEDY JURY TRIAL ON THIS PETITION.

THE Relief I SEEK I CAN NOT quite RECALL the Absolute Legal Term, however I want the specific Amount of $450,000 (four hundred fifty thousand dollars) for emotional, physical, PAIN, Suffering, TRAMA & MENTAL Damage of the PAST, present & future & AND other Admended Relief the court sees fit.

Respectfully,
THERESA M. HALLUMS #180-422
Theresa Hallums  1-26-06
1901 E. ST. S.E.
WASH. D.C. 20003