# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: THERESA HALLUMS #180-422
1901 E. St. SE
Wash, D.C. 20003

v. Fred Figueroa, Warden
Cpt. Barton
Sgt. Pryor
C.O. Payne
C.O. Crawley
Sgt. Proctor
C.O. Durham

CCA/CTF
1901 E. St. S.E.
Wash, D.C. 20003

Civil Action No. _____

I, THERESA HALLUMS #180-422, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

*Theresa Hallums*
Signature of Plaintiff

06 0251

**FILED**

FEB 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

n:\forms\Trust Account Form

```
RUN DATE 01/04/06        CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 09:08:39                  INMATE TRANSACTIONS

                  Bookin 180422
                    Name HALLUMS, THERESA
                    Race B  Sex F      DOB  01/26/56
                 Remarks REBOOK
                  Status RB Freeze N  Date 11/16/05   Time 14:52:51
         Current Balance        53.71  Location D2A
```

| Date | Time | Emp | Type | Debit | Credit | Inmate BAL | Receipt |
|---|---|---|---|---|---|---|---|
| 11/16/05 | 14:53:01 | 547782 | ReBook Rebook | | 180422 THERESA,HALLUMS | 0.00 | F51183598 |
| 11/16/05 | 14:53:19 | 547782 | Deposit 0846946951 | | 50.00 USPS | 50.00 | F51183599 |
| 11/22/05 | 14:22:22 | 547782 | Deposit | | 50.00 DOC 07255546975,6964,6953,6942 | 100.00 | F51184223 |
| 11/23/05 | 08:57:57 | 547782 | Deposit 5502810244 | | 100.00 WESTERN UNION | 200.00 | F51184384 |
| 11/23/05 | 08:58:17 | 547782 | Deposit 2363549875 | | 150.00 WESTERN UNION | 350.00 | F51184385 |
| 11/23/05 | 11:14:11 | 4193 | Comm Sal  47  0 11/23/05 11:14 | 65.92 THERESA,HALLUMS | | 284.08 | N/A |
| 12/01/05 | 11:47:38 | 4193 | Comm Sal  47  0 12/01/05 11:47 | 137.39 THERESA,HALLUMS | | 146.69 | N/A |
| 12/02/05 | 10:09:49 | 4193 | Comm Sal  47  0 12/02/05 10:09 | THERESA,HALLUMS | | 146.69 | N/A |
| 12/05/05 | 17:16:25 | 1091 | Comm Sal  47  0 12/05/05 17:16 | 6.00 THERESA,HALLUMS | | 140.69 | N/A |
| 12/06/05 | 14:12:09 | 547782 | Phon Fee Phone Card 3129 | 20.00 | | 120.69 | F51185614 |
| 12/07/05 | 11:33:49 | 547782 | Deposit 0846991068 | | 100.00 USPS | 220.69 | F51185841 |
| 12/08/05 | 10:49:45 | 547782 | Deposit 07251763375 | | 20.00 USPS | 240.69 | F51185986 |
| 12/08/05 | 12:51:52 | 1091 | Comm Sal  47  0 12/08/05 12:51 | 123.44 HALLUMS, THERESA | | 117.25 | N/A |
| 12/15/05 | 13:16:49 | 1091 | Comm Sal  47  0 12/15/05 13:16 | 18.32 HALLUMS, THERESA | | 98.93 | N/A |
| 12/15/05 | 15:12:53 | 547782 | Phon Fee PHONE CARD 3963 | 20.00 | | 78.93 | F51187124 |
| 12/21/05 | 12:38:29 | 1091 | Comm Sal  47  0 12/21/05 12:38 | 17.12 HALLUMS, THERESA | | 61.81 | N/A |

```
RUN DATE 01/04/06           CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 09:08:40                   INMATE TRANSACTIONS

                    Bookin 180422
                      Name HALLUMS, THERESA
                      Race B   Sex F        DOB 01/26/56
                   Remarks REBOOK
                    Status RB Freeze N   Date 11/16/05   Time 14:52:51
           Current Balance            53.71   Location D2A
12/27/05 16:19:24 547782 Deposit                          50.00       111.81  F5118758
08464911546                           USPS
------------------------------------------------------------------------------------
12/29/05 12:35:06 1091   Comm Sal               58.10                  53.71  N/A
47  @ 12/29/05 12:35                  HALLUMS, THERESA
------------------------------------------------------------------------------------

           Inmate Signature  _____
```

Form I5-101A

# CCA CTF INMATE DISCIPLINARY REPORT

Inmate's Name: Hallemus, Theresa

CCA #: 18042

Other: _____

Offense # and Title: Destruction of Property

Date of Offense: Jan 4, 2006

Time of Offense: Approx. 0850 AM

Location of Offense: Right top tier cell # 27B / D2A

Inmate Detained For: _____

Description of Offense: On the above date and approx. time during a cell search a ripped up mattress was discovered inside of a pillow case and was filled up with ripped up foam mattress pieces.

Staff Involved: Officer Williams

Inmates Involved: Theresa Hallemus

Reporting Employee's Name and Title: T. Williams / S/O

Prepared: Date: Jan 4, 2006    Time: Approx. 0850 AM

Employee's Signature: T. Williams    Supervisor's Signature: _____

## ADVISEMENT OF RIGHTS:

*By signing below, the accused inmate indicates the rights he/she desires and is not an admission of guilt.*

1. Does the accused inmate wish to have a Staff Advisor? — Yes ___ No ✓
   If yes, Staff Advisor's Name: _____

2. Does the accused inmate wish to call voluntary witnesses to testify on his/her behalf? — Yes ___ No ✓
   If yes, name and case or arrest number of witnesses:

3. Does the accused wish to waive the right to a hearing? — Yes ___ No ✓
   If YES, does the accused inmate plead guilty to the charge? — Yes ___ No ✓
   Date set for hearing: _____

4. Does the inmate wish to waive the right to 24 hours notice of charges? — Yes ✓ No ___

Inmate's Signature: Theresa Hallemus

ACCUSED INMATE RECEIVED A COPY OF REPORT:

X Theresa Hallemus        X Jan 4 '06
Inmate Signature          Date and Time

Staff Serving Notice of Charges    1/04/06
                                   Date and Time

Form 15-1(

# DISCIPLINARY REPORT INVESTIGATION FORM

Inmate/Resident Name & #: Theresa Hallums

Date/Time of Incident: January 16, 2006

Date/Time Reported: January 16, 2006

Investigator: Sgt. Payton

Date & Time Investigation Begun: Jan 17, 2006   6:55 AM

Date & Time Investigation Ended: Jan 17, 2006   7:00 AM

RESULTS: On the above date and time, I/Sgt Payton conducted an investigation on I/m Hallums #105-452 who is charged with 103.9 Lack of recreation. I Sgt Payton advised I/m Hallums of her rights and I/m Hallums plead not guilty to the charges.

_____   1/17/06
Investigator                                        Date

Form IS-101A

# CCA CTF INMATE DISCIPLINARY REPORT

Inmate's Name: Theresa Hallums
CCA #: 103422                      Other: _____
Offense # and Title: 1035 Lack of Cooperation
Date of Offense: 1-16-06            Time of Offense: Approx. 0955 hrs
Location of Offense: DJA            #: Cell #27B
Inmate Detained For: _____
Description of Offense: On the above date + approx time During show standing Court I/M Theresa Hallums DC# 113422 was not standing beside her bed when Ofc. Williams reached her cell. I/M was Directed to Stand
(See continuation sheet if necessary)
Staff Involved: C/O T. Williams

Inmates Involved: Theresa Hallums

Reporting Employee's Name and Title: C/O T. Williams
Prepared: Date: 1-16-06             Time: Approx. 0955 hrs

Employee's Signature: T. Williams     Supervisor's Signature: _____

## ADVISEMENT OF RIGHTS:

*By signing below, the accused inmate indicates the rights he/she desires and is not an admission of guilt.*

1. Does the accused inmate wish to have a Staff Advisor?                                    Yes ___ No ✓
   If yes, Staff Advisor's Name: _____

2. Does the accused inmate wish to call voluntary witnesses to testify on his/her behalf?   Yes ___ No ✓
   If yes, name and case or arrest number of witnesses:

3. Does the accused wish to waive the right to a hearing?                                   Yes ___ No ✓
   If YES, does the accused inmate plead guilty to the charge?                              Yes ___ No ✓
   Date set for hearing: _____

4. Does the inmate wish to waive the right to 24 hours notice of charges?                   Yes ✓ No ___

Inmate's Signature: _____

ACCUSED INMATE RECEIVED A COPY OF REPORT:

Inmate Signature: _____                          Date and Time: _____
Staff Serving Notice of Charges: _____           Date and Time: 1/17/06

Form 15-1

# DISCIPLINARY REPORT INVESTIGATION FORM

Inmate/Resident Name & #: Hallemus, Theresa #180-422

Date/Time of Incident: January 4, 2006

Date/Time Reported: January 4, 2006

Investigator: Sgt. Poyer

Date & Time Investigation Begun: January 4, 2006 6:35pm

Date & Time Investigation Ended: January 4, 2006 6:35pm

RESULTS: On the above date and time I Sgt Poyer conducted an investigation on I/m Hallemus #180-5415 who was charged with Destruction of Property. This Sgt Poyer advised I/m Hallemus #180-422 of her rights and I/m Hallemus #180-422 pleaded not guilty to the charge.

Investigator: [signature]    Date: 1/4/06

02/15/96

TRM

# MOTION'S (Pleadings)

#1.) TO PROCEED PRO SE, ACCOUNT BALANCE INCLOSED.

#2.) TO HAVE A LAWYER PROVIDED TO ME TO PROTECT, & bring PROPER LAW.

#3.) THE COURT TO Add/Admend OR CORRECT & CHANGE ANY PARTS of this pleading, RELIEF OR PROCEEDUAL fact PRESENTATION AS it SEE'S fit.

#4. Allow me LEEWAY in PRODUCTION of COPIES, BECAUSE AS of this DATE there has not BEEN ANY female law library this year, NOR CAN I (with out A ACT OF CONGRESS) get ANY copies.

#5. PLEASE order BECAUSE HARASSMENT & further REPRISE/RETALIATION: SEE Incident REPORT DATE JAN 4, 1 DAY AFTER SEARCH both SERVED, & INVESTIGATED PLEASE PRYOR. (TO BYPASS Inst. Remedy)

RECEIVED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hallums, Teresa
Reg. No. 00176-000   DCDC No. 180-422

484

```
Picklist For: 189422         HALLUMS, THERESA
    Received: 01/05/06 11:16:20 AM           Date: 01/05/2006
  Order Date: 01/05/2006                     Page:        1
   Order No.: Q60106872                      Location: D2A
Current Balance: 29.98                       From: CCA CORRECTIONAL TREATMENT FACILITY
```

| Prod.# | Description | Price | Quan. | Picked | Tax | Extended |
|---|---|---|---|---|---|---|
| 10102 | VO5 Conditioner 15oz | $1.65 | 1 | 1 | $0.09 | $1.74 |
| 20113 | #10 Pre-Stamped Envelope | $0.00 | 0 | Out of Stock | $0.00 | $0.00 |
| 54119 | Sugar Substitute 100ct Box | $1.35 | 1 | | $0.00 | $1.35 |
| 54151 | Microwave Butter Popcorn | $0.56 | 4 | | $0.00 | $2.24 |
| 54168 | Saltine Crackers 4oz Sleeve | $0.65 | 1 | 1 | $0.00 | $0.65 |
| 54265 | Top Ramen Spicy Veg. Flavor | $0.30 | 4 | | $0.00 | $1.20 |
| 54307 | Honey Graham Crackers 16 oz | $2.20 | 1 | | $0.00 | $2.20 |
| 52077 | Cheese Puff 10 oz | $1.99 | 1 | | $0.00 | $1.99 |
| 50004 | Reese's P.B. Cup | $0.49 | 5 | 5 | $0.00 | $2.45 |
| 50022 | M & M Plain | $0.49 | 4 | 4 | $0.00 | $1.96 |
| 53002 | Chocolate Cup Cake | $0.50 | 4 | 4 | $0.00 | $2.00 |
| 53024 | OATMEAL PIE 16 OZ | $1.95 | 1 | 1 | $0.00 | $1.95 |
| 51054 | MB Cherry Drink Mix | $2.55 | 2 | | $0.00 | $5.10 |
| 99999 | Pepsi | $0.80 | 4 | | $0.00 | $3.20 |

```
                                             Taxable:     $1.65
                                             Nontaxable: $26.29
                                             Tax:         $0.09
                                             Total:      $28.03
```

Delivered by Jailer _____ Date 1/16/06

Personnel of CCA CORRECTIONAL TREATMENT FACILITY, please deduct the sum of $28.03 from my Inmate account.

Inmate signature: _____