UNITED STATES DISTRICT COURT
FOR THE District OF Columbia

THERESA HALLUMS
#180-422
1901 E. St. S.E.
Wash., D.C. 20003

FILED
FEB 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0251

VS.

Fred Figueroa, Warden, Et. AL.
CTF/CCA
1901 E. St. S.E.
Wash., D.C.
20003

Motion for Court Appointed Counsel

I am asking the Court to appoint me counsel because I am Indigent & unable to afford counsel.

Theresa M Hallums
#180-422
January 26, 2006
1901 E St. S.E.
Washington, D.C. 20003

[N]