Thur, Sept 7, 2006

Hallums V. Figueroa et al.
06-251 RMU
Cause: 42:1983
Prisoner Civil Rights

Dear Clerk Urbina,

RECEIVED
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is my new address I am here at the 1/2 way house. I haven't heard anything from my case, how do I proceed?

Theresa Hallums
#00176-000
1430 G. St. N.E.
Wash, D.C.
20002