RECEIVED
NOV 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Monday
November 6, 06
3

U.S. District Court
District of Columbia (Wash., DC)
Civil Docket for case (# 1:06-CV-00251-RMU)

Hallums v. Figueroa et. al.

Official Notice of
New Address THERESA HALLUMS #304
1303 Randolph St. N.W
Washington, D.C.
20011