## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Theresa Hallums,<br><br>         Plaintiff,<br><br> v.<br><br>Fred Figueroa, Warden; Capt. Barton; Sgt. Pryor; C.O. Payne; C.O. Crawley; Sgt. Proctor; C. O. Durham,<br><br>         Defendants. | Civil Action No. 1:06-cv-00251 RMU |

## **NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. . CO0037) hereby enters his appearance as counsel for Defendants, *Figueroa, Durham, Payne, Barton, Proctor, Pryor and* Crawley, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

> Daniel P. Struck, Esq.
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7323
> Facsimile No.:  (602) 200-7811
> E-Mail: dstruck@jshfirm.com

| | |
|---|---|
| Dated: November 27, 2006 | s/ Daniel P. Struck |
| | Daniel P. Struck, (D.C. Bar No. CO0037) |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| | 2901 North Central Avenue, Suite 800 |
| | Phoenix, Arizona  85012 |
| | Telephone:  (602) 263-7323 |
| | Facsimile:   (602) 200-7811 |
| | |
| | Kevin L. Newsome, Bar No. 439206 |
| | Megan S. Ben'Ary, Bar No. 493415 |
| | LECLAIR RYAN, A PROFESSIONAL CORPORATION |
| | 225 Reinekers Lane, Suite 700 |
| | Alexandria, Virginia 22314 |
| | Telephone:  (703) 684-8007 |
| | Facsimile:   (703) 684-8075 |
| | |
| | Attorneys for Defendants, *Figueroa, Durham, Payne, Barton, Proctor, Pryor and Crawley* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically transmitted the attached document to the Clerk of the United States District Court using the CM/ECF System for filing and mailed a copy to the Plaintiff as follows:

Theresa Hallums, DCDC #180-422
1303  Randolph Street, N.W.
Apt. 304
Washington, DC   20011


By     s/ Daniel P. Struck

1716482.1