# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Theresa Hallums,<br><br>       Plaintiff,<br><br> v.<br><br>Fred Figueroa, Warden; Capt. Barton; Sgt. Pryor; C.O. Payne; C.O. Crawley; Sgt. Proctor; C. O. Durham,<br><br>       Defendants. | Civil Action No. 1:06-cv-00251 RMU |

## **NOTICE OF MAILING**

  Defendants, through counsel, hereby notify this Court that their Motion to Dismiss filed this date contained Plaintiff's previous address.  However, Defendants did mail the Motion to Dismiss to Plaintiff at her new address as follows:

  Theresa Hallums
  1303 Randolph Street, N.W.
  Apartment 304
  Washington, DC   20011


Dated: November 27, 2006

      s/ Daniel P. Struck
      Daniel P. Struck, (D.C. Bar No. CO0037)
      JONES, SKELTON & HOCHULI, P.L.C.
      2901 North Central Avenue, Suite 800
      Phoenix, Arizona  85012
      Telephone:   (602) 263-7323
      Facsimile:    (602) 200-7811

      Kevin L. Newsome, Bar No. 439206
      Megan S. Ben'Ary, Bar No. 493415
      LECLAIR RYAN, A PROFESSIONAL CORPORATION
      225 Reinekers Lane, Suite 700
      Alexandria, Virginia 22314
      Telephone:   (703) 684-8007
      Facsimile:    (703) 684-8075

      Attorneys for Defendants,
      Corrections Corporations of America, Inc.

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on November 27, 2006, I electronically transmitted the attached document to the Clerk of the United States District Court using the CM/ECF System for filing and mailed a copy to the Plaintiff as follows:

    Theresa Hallums, DCDC #180-422
    1303 Randolph Street, N.W.
    Apt. 304
    Washington, DC   20011

                          By     s/ Daniel P. Struck

1716463.1