UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA HALLUMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-251 (RMU) |
| ) | |
| FRED FIGUEROA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants have filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the Defendants' motion within 30 days of this Order.

_____/s_____
RICARDO M. URBINA
United States District Judge

DATE: 11-28-06