CASE 1:06 CV 00251-RMU

United States District Court
for the District of Columbia

Theresa Hallums
    Plaintiff    Civil Action
                      No 06-25 (RMU)
V.

Fred Figueroa, et. al
    Defendents.

    Plintiff states that the defendents in essencess disallowed her to file grivience, and instead started retailiating against her right away. I ask the court to by pass because of fear & the high rank of the officals involved. Moreover because of the nature of the offenses.

    I filed the original incidente reports that were eronosly filed upon me by defendents. The should impart surfice as the grivence procedure. And my safty at that point was threatend.

    Because of above fact I ask that this pleading go foward.

Theresa Hallums
Theresa Hallums
12-18-06