UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| THERESA HALLUMS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-0251 (RMU) |
| | : | | |
| v. | : | Document No.: | 11 |
| | : | | |
| FRED FIGUEROA, Warden, et al., | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 23rd day of March, 2007,

**ORDERED** that the defendants' motion to dismiss is **GRANTED**.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge